# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

CARL McDUFFIE, RONELLA
WILLIAMS, RONNESE WILLIAMS,
and LARONDA SCHAEFFER,

                Plaintiffs,

                Case No. 19-CV-1611

vs.

CITY OF GREEN BAY, CITY OF
GREEN BAY POLICE OFFICERS
THOMAS BEHN, PAUL SPOERL,
GARTH RUSSELL, MICHAEL RAHN,
and JOHN and/or JANE DOES,

                Defendants.

## STIPULATION FOR DISMISSAL

Defendants, City of Green Bay, Thomas Behn, Paul Spoerl, Garth Russell, and Michael Rahn, by their attorneys, Gunta Law Offices, S.C., together with Plaintiffs Carl McDuffie, Ronella Williams, Ronnese Williams, and LaRonda Schaeffer, by their attorney, Walter W. Stern III, hereby agree and stipulate that:

1. The City of Green Bay is voluntarily dismissed as a party from the lawsuit.

2. The Plaintiffs' claims against the remaining Defendants, and present and former officers, agents, employees, insurers, successors and assigns of any of them, shall be dismissed with prejudice, upon their merits, and without costs or attorney's fees to any party.

| | |
|---|---|
| Dated: 08/13/2020<br>**WALTER W STERN III**<br>Counsel for Plaintiff | Dated: 08/13/2020<br>**GUNTA LAW OFFICES, S.C.**<br>Counsel for Defendants |
| /s/ Walter W. Stern III<br>Walter W. Stern III, WI SBN:1014060<br>920 85th Street, Suite 123<br>Kenosha, WI 53143<br>(262) 800-0192<br>wwstern111@gmail.com | /s/ Jasmyne M. Baynard<br>Jasmyne M. Baynard, WI Bar No. 1099898<br>9898 W. Bluemound Road, Suite 2<br>Wauwatosa, WI 53226-4319<br>(414) 291-7979<br>jmb@guntalaw.com |